**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-60214
Summary Calendar

TREVETTE VASSER,

Plaintiff-Appellant,

VERSUS

WAL-MART STORES, INC,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
(1:97-CV-380-B-A)

November 3, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Trevette Vasser appeals the district court's grant of summary judgment in favor of the defendant-appellant. Vasser argues on appeal that she sufficiently raised genuine issues of material fact in order to survive a motion for summary judgment on her claims of racial and sexual discrimination and retaliation under Title VII of the Civil Rights Act of 1964 as amended by the Civil Rights Act of 1991, 28 U.S.C. section 2000 et. seq.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

Having reviewed the parties' briefs and the record, we AFFIRM for essentially the same reasons articulated by the district court.